

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*   *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

November 26, 2024

**Via ECF**

Hon. Daniel J. Stewart
United States Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Albany, New York 12207

      **Re: *United States v. Michael Mann*, Crim. Case No. 20-CR-199 (LEK) (DJS)**

Dear Judge Stewart:

We write to provide an update regarding the progress of discovery.  The Government is mindful that the Court encouraged the parties to complete fact discovery by the end of December 2024, however we respectfully advise the Court that additional time will likely be necessary for taking depositions of the claimants' employees.

The Government has served interrogatories and document requests on Cachet Financial Services and Pioneer Bank.  Their responses are due on December 2 and December 20, 2024, respectively.  Assuming the claimants provide timely and complete responses, we expect to take depositions in January and February 2025, allowing for time to review the documents.  We also expect to submit at least one expert disclosure.

Finally, as your Honor is aware, Pioneer Bank is seeking to amend its claim.  The Government objects to the proposed amendment on the bases of undue delay, bad faith, and futility.  However, we have tailored our discovery demands of Pioneer Bank so that they are relevant to Pioneer's current petition (Dkt No. 54) and the amended petition they are seeking permission to file. (Dkt. No. 192.)

      Respectfully submitted,

      */s/ Christopher R. Moran*
      Michael Barnett
      Elizabeth Conger
      Christopher Moran
      Assistant U.S. Attorneys