

United States Department of Justice

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *445 Broadway, Room 218* | *Tel.: (518) 431-0247* |
| *James T. Foley U.S. Courthouse* | *Fax: (518) 431-0249* |
| *Albany, New York 12207-2924* | |

January 4, 2026

<u>Via CM/ECF</u>

Hon. Lawrence E. Kahn
Senior U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, New York 12207

      Re:    *United States v. Michael Mann*,
              Case No. 1:20-CR-199 (LEK)

Dear Judge Kahn:

      I write to respectfully request an eighteenth 90-day deadline extension to fully identify the victims who are entitled to restitution in this case. The current deadline is January 9, 2026.

      The Court sentenced Michael Mann on August 4, 2021, and entered judgment on August 12, 2021. The Court ordered restitution but deferred the determination of all victims for a period of 90 days, as the Government requested more time to identify victims given the complexity of the fraud. The judgment provided that "[t]he government shall file a request with the Court if additional time is needed beyond the 90 day period to fully identify the restitution payees."

      The Government respectfully asks for an eighteenth 90-day deadline extension, measured from today's date, to fully identify victims to the Court so that an amended judgment can be entered. The Court has approved seventeen such previous requests by the Government, setting a compliance deadline of January 9, 2026. *See* Dkt. No. 247.

      The reason for the request is the same, namely the pendency of numerous lawsuits and motions whose resolution would facilitate the full identification of victims and the amount each victim is owed. *See*, *e.g.*, *Southwestern Payroll Service, Inc. v. Pioneer Bancorp*, 19-cv-1349 (FJS).[1] These matters also include third-party claims to seized assets, filed in this very case by Pioneer Bank and Cachet Financial Services. (Pioneer Bank is no longer asserting a claim in this Court; a hearing on Cachet's claim was held on October 14, 2025.)

---

[1] A trial in this case is scheduled for August 17, 2026.

Letter to Hon. Lawrence E. Kahn, U.S. District Judge
*United States v. Mann*
Case No. 1:20-CR-199 (LEK)
January 4, 2025
Page 2

Thank you for your consideration of this request.

          Respectfully submitted,

          /s/
          TODD BLANCHE
          Deputy Attorney General

          JOHN A. SARCONE III
          Acting United States Attorney

By:
          Cyrus P.W. Rieck
          Assistant United States Attorney
          Bar Roll No. 518933